**FILED**
February 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AD_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.   **W25-625M** |
| Plaintiff, | ) | **INFORMATION** |
| v. | ) | [Count One: 18 U.S.C. § 111 – Resisting Officer of the United States |
| SONYA JO WATHEN, | ) | Count Two: 18 U.S.C. §113(a)(4) – Assault by Striking, Beating or Wounding |
| Defendant. | ) | Count Three: 18 U.S.C. §§ 7(3) & 13 and T.P.C. § 42.01(a)(1) – Disorderly Conduct] |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 111]

On or about June 28, 2023, at the Fort Cavazos Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

SONYA JO WATHEN

did forcibly resists officers of the United States engaged in the performance of official duties, to wit: military police officers engaged in an apprehension, in violation of Title 18, United States Code, Section 111.

<u>COUNT TWO</u>
[18 U.S.C. § 113(a)(4)]

On or about June 28, 2023, at the Fort Cavazos Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

SONYA JO WATHEN,

did commit an assault by striking, beating, and wounding another person, to wit: M.A.C., her spouse, in violation of Title 18, United States Code, Section 113(a)(4).

COUNT THREE
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 42.01(a)(1)]

On or about June 28, 2023, at the Fort Cavazos Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

SONYA JO WATHEN

did use abusive, indecent, profane, or vulgar language in a public place, in violation of Sections 42.01(a)(1) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

JAIME E. ESPARZA
United States Attorney

By: *Kevyn W. Lee*
KEVYN W. LEE
Special Assistant U. S. Attorney